# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Collette Contracting, Inc. ) ASBCA Nos. 59237, 59238
)
Under Contract No. W911SD-07-D-0006 )

APPEARANCE FOR THE APPELLANT: John Manfredonia, Esq.
Manfredonia Law Offices, LLC
Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Cali Y. Kim, JA
Frank A. March, Esq.
Stephanie B. Magnell, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 3 September 2015

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59237, 59238, Appeals of Collette Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals